■ In the Matter of the Estate of CHARLES CHRISTENSEN, Deceased. HAROLD SMITH et al., Appellants; ELEANOR PETROSSIAN et al., Respondents. — Decree of the Surrogate's Court, Queens County (Laurino, S.), entered April 6, 1982, affirmed, with costs payable personally by appellants (see *Matter of Lavigne,* 76 AD2d 975, affd 52 NY2d 1008). Lazer, J. P., Mangano, Thompson and Gulotta, JJ., concur.